IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01323-DDD-KLM

ST. PAUL'S ENGLISH EVANGELICAL LUTHERAN CHURCH,

Plaintiff,

v.

CHURCH MUTUAL INSURANCE COMPANY,

    Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Plaintiff, St. Paul's English Evangelical Lutheran Church, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files its Notice of Voluntary Dismissal of Action Without Prejudice. The parties have entered into a tolling agreement to allow the parties to complete the appraisal process.

**WHEREFORE**, Plaintiff, St. Paul's English Evangelical Lutheran Church, hereby dismisses this action, without prejudice, each party to bear its own costs.

Respectfully submitted this 14th day of June 2019.

                                              *s/ Larry E. Bache, Jr*
                                              Larry E. Bache, Jr., Esq.
                                              Jonathan E. Bukowski, Esq.
                                              Timothy G. Burchard, II, Esq.
                                              Merlin Law Group, PA
                                              1001 17th Street, Ste. 1150
                                              Denver, CO 80202
                                              Telephone: 720-665-9680
                                              Facsimile: 720-665-9681
                                              E-Mail: lbache@merlinlawgroup.com
                                              E-Mail: jbukowski@merlinlawgroup.com